Case 3:09-cv-01568-P   Document 437   Filed 05/17/11   Page 1 of 2   PageID 14748

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 17 2011

CLERK, U.S. DISTRICT COURT
By _KK as 4:43_
       Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILLITTERI ET AL,<br>    Plaintiffs, | §<br>§<br>§ | Case no. 3:09-cv-1568-F |
| v. | §<br>§ | |
| SECURITIES AMERICA, INC. ET AL,<br>    Defendants. | §<br>§<br>§ | |

### ORDER DENYING WITHOUT PREJUDICE
### DEFENDANTS' MOTION TO DISMISS COUNTS I AND II
### OF THE SECOND AMENDED CLASS ACTION COMPLAINT

BEFORE THE COURT is Defendants' Motion to Dismiss Counts I and II of the Second Amended Class Action Complaint, filed on September 27, 2010 (Docket No. 138). Since the filing of that Motion, however, the circumstances of this case have fundamentally changed. Two of the defendants that filed this Motion, QA3 LLC and QA3 Financial Corp., are no longer parties to this litigation, and the Court is in the process of deciding whether to approve settlements of claims against three of the other defendants who filed this Motion, Securities America, Inc., Ameriprise Financial, Inc., and Capital Financial Services, Inc. As the circumstances in this litigation pertaining to the instant Motion have fundamentally changed, the Court shall not consider the instant Motion in its current form at this time. Accordingly, Defendants' Motion to Dismiss is DENIED WITHOUT PREJUDICE.[1] Should Defendants have reason to file a renewed motion to dismiss regarding these claims, they shall

---

[1] This resolves Docket No. 138.

1

have the opportunity to do so at a later stage of this litigation.

    IT IS SO ORDERED.

Signed this 17th day of May, 2011.

                                               Royal Furgeson  
                                               Senior United States District Judge