# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| BILLITTERI v. SECURITIES AMERICA, INC., *et al.* (*Provident Royalties Litigation*) | : : : : | 3:09-cv-01568-F AND RELATED CASES |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : : | |
| C. RICHARD TOOMEY, *et al.* v. SECURITIES AMERICA, INC.*, et al.* | : : : : : | 3:10-cv-01833-F |
| IN RE: MEDICAL CAPITAL SECURITIES LITIGATION | : : : : : : | Case No. ML 10-2145 DOC (RNBx) (C.D. Cal.) |
| THIS DOCUMENT RELATES TO: *McCoy*, SACV09-1084 DOC (RNBx) (C.D. Cal.) | : : : : | Limited transfer for settlement purposes as Case No. 3-11-cv-00191-F (N.D. Tex.) |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT WITH SECURITIES AMERICA, INC., SECURITIES AMERICA FINANCIAL CORPORATION AND AMERIPRISE FINANCIAL, INC.**

On May 5, 2011, the Court entered an order granting preliminary approval of the proposed class action settlement with Defendants Securities America, Inc., Securities America Financial Corporation (SAFC), and Ameriprise Financial, Inc.  Representative plaintiffs Joseph Billitteri, the Sharon Kreindel Revocable Trust DTD 02/09/2005, Henry Mitchell, Alvin Sabroff and June Sabroff now move under Federal Rule of Civil Procedure 23(e) for final approval of the settlement.  The proposed settlement is fair, reasonable and adequate and merits final approval. Plaintiffs request that the Court enter an order (1) certifying the Settlement Classes for settlement purposes; (2) appointing Girard Gibbs LLP and Zwerling, Schachter & Zwerling, LLP as Settlement Class Counsel; (3) finding that the notice to Settlement Class Members complied with Rule 23 and due process; (4) determining that the terms of the settlement are fair, reasonable and adequate; (5) approving the plan of allocation of the Settlement Fund as fair and reasonable; (6) directing the parties to consummate the settlement according to its terms; and (7) dismissing the claims against Securities America, SAFC and Ameriprise with prejudice and barring and permanently enjoining Settlement Class Members from prosecuting Settled Claims.

Dated: June 14, 2011

Respectfully submitted,

**GIRARD GIBBS LLP**

By:   /s/  Daniel C. Girard

Daniel C. Girard
Amanda M. Steiner
Dena C. Sharp
601 California Street, 14th Floor
San Francisco, CA  94108
Tel:  (415) 981-4800

Susan Salvetti
Sona R. Shah
**ZWERLING, SCHACHTER &**

**ZWERLING,** LLP
41 Madison Avenue
New York, NY  10010
Tel:  (212) 223-3900

Dan Drachler
**ZWERLING, SCHACHTER &
   ZWERLING,** LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Tel:  (206) 223-2053

*Interim Co-Lead Plaintiffs' Counsel*


Lewis T. LeClair
**McKOOL SMITH P.C.**
State Bar No. 12072500
300 Crescent Court, Suite 1500
Dallas TX 75201
Tel: 214.978.4984
Fax: 214.978.4044

*Liaison Plaintiffs' Counsel*

Ari H. Jaffe
**KOHRMAN JACKSON & KRANTZ, PLL**
One Cleveland Center, 20th Floor
Cleveland, OH  44114
Tel:  (216) 696-8700

*Plaintiffs' Counsel*