**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| BILLITTERI v. SECURITIES AMERICA, INC., *et al., (Provident Royalties Litigation)* | : : : : | 3:09-cv-01568-F |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : | |

**MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT WITH
NEXT FINANCIAL GROUP, INC. AND NEXT FINANCIAL HOLDINGS, INC.**

Individual and representative plaintiff Karen L. Bopp, IRA (the "Representative Plaintiff") moves, pursuant to Federal Rule of Civil Procedure 23(e), on behalf of a class of Investors,[1] their successors and assigns, who invested through NEXT Financial Group, Inc. ("NEXT") in a series of stock offerings and partnership interests issued by Provident Royalties, LLC affiliates between September 2006 and January 2009, for preliminary approval of a proposed class action settlement with NEXT and NEXT Financial Holdings, Inc. (collectively, "Settling Defendants"), that settles all claims against Settling Defendants.

The proposed settlement is fair, reasonable and adequate, and falls within the range of possible final approval. Representative Plaintiff therefore asks this Court to enter an order: (1) granting preliminary approval of the proposed Settlement; (2) preliminarily certifying the proposed Settlement Class for purposes of the Settlement pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure; (3) directing that the Settlement Class be given notice of the pendency of the Class Action and the Settlement in the form and manner proposed by the Settling Parties; and (4) scheduling a hearing to consider Representative Plaintiff's motion for final approval of the Settlement, entry of the proposed final judgment and application for an award of attorneys' fees and reimbursement of expenses.

---

[1] Capitalized terms in this motion have the same definition as defined terms in the Settlement Agreement attached as Exhibit 1 to the Declaration of Daniel C. Girard.

Dated:  November 4, 2011	Respectfully submitted,

**GIRARD GIBBS LLP**

By:   /s/ *Daniel C. Girard*
      Daniel C. Girard

Amanda M. Steiner
Dena C. Sharp
601 California Street, 14th Floor
San Francisco, CA 94108
Tel:  (415) 981-4800

Susan Salvetti
Sona R. Shah
**ZWERLING, SCHACHTER & ZWERLING, LLP**
41 Madison Avenue
New York, NY  10010
Tel:  (212) 223-3900

Dan Drachler
**ZWERLING, SCHACHTER & ZWERLING, LLP**
1904 Third Avenue, Suite 1030
Seattle, WA 98101
Tel:  (206) 223-2053

*Interim Co-Lead Plaintiffs' Counsel*


Lewis T. LeClair
**McKOOL SMITH P.C.**
State Bar No. 12072500
300 Crescent Court, Suite 1500
Dallas TX 75201
Tel: 214.978.4984
Fax: 214.978.4044

*Liaison Plaintiffs' Counsel*

Ari H. Jaffe
**KOHRMAN JACKSON & KRANTZ, PLL**
One Cleveland Center, 20th Floor
Cleveland, OH 44114
Tel: (216) 696-8700

David M. Foster
**DAVID M. FOSTER PC**
30833 Northwestern Highway
Suite 209
Farmington Hills, MI 48334
Tel: (248) 855-0940

*Plaintiffs' Counsel*